```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

                          WESTERN DIVISION
```

| | | |
|---|---|---|
| THOMAS A. LIVINGSTON, | ) | Case No. CV 08-3724-PA (AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the coram nobis petition is dismissed without prejudice.

DATED: August 28, 2008

_____
Percy Anderson
United States District Judge